NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0001093**
**15-JUL-2013**
**09:02 AM**

CAAP-11-0001093

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BG INCORPORATED, a Hawai'i corporation,
BRYAN FUNAI AND CYNTHIA J. FUNAI, Plaintiffs/Appellees,
v.
WILLIAM S. ELLIS, JR., Defendant/Appellant,
and
P.F. THREE PARTNERS, a Hawai'i limited partnership,
BARBARA A. SUMIDA, SUCCESSOR TRUSTEE OF THE MASARU SUMIDA TRUST;
STANLEY UNTEN, TRUSTEE AND SHAREHOLDER OF BANANA GROWERS OF
HAWAII, INC., a dissolved Hawai'i Corporation; TAMAE M. SHIRAISHI
and DEBRA J. SHIRAISHI-PRATT, SUCCESSOR CO-TRUSTEES TO CHARLEY T.
SHIRAISHI, TRUSTEE OF THE CHARLEY T. SHIRAISHI REVOCABLE TRUST;
JOHN DOES 1-100; and DOE CORPORATIONS 1-10, Defendants/Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 05-1-0232(2))

ORDER DENYING MOTION TO RECONSIDER SUMMARY
DISPOSITION ORDER ENTERED ON JUNE 27, 2013
(By: Nakamura, C.J., and Foley and Reifurth, JJ.)

Upon consideration of the "Motion to Reconsider Summary
Disposition Order entered on June 27, 2013" filed by Defendant-
Appellant William S. Ellis, Jr., on July 8, 2013, and the records
and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, July 15, 2013.

On the motion:

William S. Ellis, Jr.
Defendant/Appellant Pro Se

Chief Judge

Associate Judge

Associate Judge